**Edward Alletto, Appellee, v. Eve Kyatt and Henry Kyatt, et al., Appellants.**

Gen. Nos. 46,999, 47,000. ▮

First District, Third Division.
November 7, 1956.
Rehearing denied November 28, 1956.
Released for publication December 28, 1956.

Jacob Stagman, for plaintiff-appellee; Erwin H. Greenberg, of counsel; Eve Kyatt and Henry Kyatt, defendants-appellants, pro se. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.